**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| FRANCISCA MIRANDA SERRANO | CIVIL ACTION NO. 26-2395 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| LISA BOWEN, ET AL. | MAGISTRATE JUDGE McCLUSKY |

**JUDGMENT**

Considering the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus, Record Document 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Release Pending Adjudication of Habeas Corpus Petition, Record Document 12, is **DENIED** as moot.

**DONE AND SIGNED** at Shreveport, Louisiana, this 29th day of September, 2026.

Alex C. Van Hook
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE